| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Eduardo M Magdaluyo |
| Debtor 2 (Spouse, if filing) | Grace B Magdaluyo |
| United States Bankruptcy Court for the: | Northern District of CA (State) |
| Case number | 14-31509 |

Form 4100R

# Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 5852 ____ ____ ____

**Property address:** 755 Mountain View Drive #3
Number     Street

Daly City, California 94014
City     State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___ MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 4840.90

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0

c. **Total**. Add lines a and b. (c) $ 4840.90

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 10 / 01 / 2019 MM / DD / YYYY

Form 4100R  **Response to Notice of Final Cure Payment**  page 1

Case: 14-31509   Doc#   Filed: 11/22/19   Entered: 11/22/19 13:33:39   Page 1 of 4

| Debtor 1 | Eduardo M Magdaluyo | Case number (if known) 14-31509 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Kristin A. Zilberstein
Signature

Date 11/22/2019

Print: Kristin A. Zilberstein
First Name   Middle Name   Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti | Berger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1920 Old Tustin Ave.
Number   Street

Santa Ana   CA   92705
City   State   ZIP Code

Contact phone (949) 427 – 2010

Email: kzilberstein@ghidottiberger.com

Kristin A. Zilberstein, Esq. (SBN: 200041)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
kzilberstein@ghidottiberger.com

Attorney for Secured Creditor
U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 14-31509 |
| EDUARDO M MAGDALUYO<br>GRACE B MAGDALUYO | CHAPTER 13 |
| Debtor. | **CERTIFICATE SERVICE** |

# CERTIFICATE OF SERVICE

On November 22, 2019 I served the foregoing documents described as Response to Notice of Final Cure Payment, on the following individuals by depositing true copies thereof in the United States first class mail at Santa Ana, California, enclosed in a sealed envelope, with postage page addressed as follows:

DEBTOR
Eduardo M Magdaluyo
755 Mountain View Dr. #3
Daly City, CA 94014

JOINT DEBTOR
Grace B Magdaluyo
755 Mountain View Dr #3
Daly City, CA 94014

TRUSTEE
David Burchard
P.O. Box 8059
Foster City, CA 94404

U.S. TRUSTEE
Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

DEBTOR's COUNSEL
Reuben L. Nocos
Nocos Law Group
530 Lawrence Expwy., #334
Sunnyvale, CA 94089

**I declare under penalty of perjury in the United States of America that the foregoing is true and correct.**

/s/ Evan Tragarz
Evan Tragarz